UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA APOLONIA GROSS et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUSANNE S. CHO et al., <br><br> Defendants. | Case No. 5:23-cv-02637-SB-SHK <br><br><br> ORDER TO SHOW CAUSE RE LACK OF PROSECUTION |

     On December 27, 2023, Plaintiffs filed this civil rights lawsuit. Dkt. No. 1. That same day, the clerk issued a notice that Plaintiffs had not paid the filing fee and directed them to either pay the fee or request to proceed in forma pauperis within 30 days. Dkt. No. 3. 30 days have passed and Plaintiffs have failed to do either. Plaintiffs are ordered to show cause, in writing, no later than March 12, 2024, why this action should not be dismissed for lack of prosecution. No oral argument on this matter will be heard unless otherwise ordered by the Court. *See* Fed. R. Civ. P. 78; Local Rule 7-15.

     The Court will consider as an appropriate response to this order to show cause (OSC) the payment of the filing fee or the filing of an application to proceed in forma pauperis on or before March 12, 2024. The payment of fees or the filing of such an application shall result in the automatic discharge of this OSC without further order. Failure to timely respond to the OSC will be deemed consent to the dismissal without prejudice of Plaintiffs' claims against Defendants.

Date: February 13, 2024

                                                      Stanley Blumenfeld, Jr.
                                                      United States District Judge