UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA APOLONIA GROSS et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUSANNE S. CHO et al., <br><br> Defendants. | Case No. 5:23-cv-02637-SB-SHK <br><br><br> ORDER DISMISSING CASE FOR LACK OF PROSECUTION |

     Plaintiffs filed this action on December 27, 2023. Dkt. No. 1. On the same day, the clerk issued a notice that Plaintiffs had failed to pay the filing fee and directed them to either pay the fee or request to proceed in forma pauperis within 30 days. Dkt. No. 3. On February 13, 2024, after Plaintiffs failed to respond, the Court issued an order to show cause why the action should not be dismissed for lack of prosecution. Dkt. No. 7. The Court ordered Plaintiffs to respond in writing or in the alternative to either pay the filing fee or file an application to proceed in forma pauperis no later than March 12, 2024. *Id*. The Court warned Plaintiffs that failure to respond would "be deemed consent to the dismissal without prejudice of Plaintiffs' claims against Defendants." *Id*. March 12 has passed, and Plaintiffs have failed to take any action. Accordingly, Plaintiffs' claims are dismissed without prejudice.

     A final judgment will be separately entered.

Date: April 5, 2024

                                                    Stanley Blumenfeld, Jr.
                                                  United States District Judge