JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| REBECCA APOLONIA GROSS et al., <br><br> Plaintiffs, <br><br> v. <br><br> SUSANNE S. CHO et al., <br><br> Defendants. | Case No. 5:23-cv-02637-SB-SHK <br><br> FINAL JUDGMENT |

For the reasons stated in the separate order of dismissal entered this day, Plaintiffs' claims are dismissed without prejudice for lack of prosecution.

This is a final judgment.

Date: April 5, 2024

_____
Stanley Blumenfeld, Jr.
United States District Judge

1